IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00901-MSK-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

PAUL AUDET,
SUSAN AUDET, a.k.a. DEANNE AUDET,
DONALD BRIGHTWELL,
DINO WILLIAMS,
ANGEL MEDINA,
STEVEN OWENS, and
ANTHONY DeCESARO,

Defendants.
_____

**ORDER**
_____

This matter arises on the following papers (the "Papers") filed by the plaintiff:

1. A letter addressed to the Clerk of the Court [Doc. #57, filed 03/29/2013];

2. A letter addressed to me [Doc. #58, filed 04/16/2013];

3. **Plaintiff's Rule 26(a) Disclosures** [Doc. #63, filed 07/15/2013];

4. **Plaintiff's Answer to Defendants' Interrogatories** [Doc. #65, filed 07/17/2013];

5. **Plaintiff's Answer to Defendants' Request for Production of Documents Pursuant to Fed.R.Civ.P. 34** [Doc. #66, filed 07/17/2013];

6. **Plaintiff's Answer to Defendants' Request for Admissions** [Doc. #67, filed 07/17/2013]; and

7. A letter addressed to the Clerk of the Court [Doc. #68, filed 07/25/2013].

**The Letters**

The plaintiff previously filed a letter addressed to the Clerk of the Court requesting a docket sheet and a letter addressed to me inquiring whether the defendants are in default. In striking the letters, I stated:

> The letters are inappropriate. "A request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). The plaintiff may not seek a court order through letters or notices. All requests must be made in the form of a motion, and the request must be titled as a motion. In addition, the local rules of this Court prohibit ex parte communication with judicial officers:
>
>> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.
>
> D.C.COLO.LCivR 77.2.

Despite my order, the plaintiff has filed two more letters to the Clerk of the Court and a letter to me--all requesting relief from the court. The letters are stricken, and the plaintiff shall cease sending letters to the court.

**The Discovery Materials**

The plaintiff has filed with the court his disclosures and discovery responses. Discovery materials shall not be filed with the court. Fed.R.Civ.P. 5(d). The disclosures and responses are stricken. The plaintiff shall cease filing discovery with the court.

IT IS ORDERED;

1. The Papers are STRICKEN;

    2. The plaintiff shall cease filing letters; all future applications to the court for relief shall be submitted in the form of a motion in compliance with Rule 7;

    4. The plaintiff shall cease filing discovery; and

    5. Failure to comply with this order may result in sanctions, including dismissal of this action.

Dated July 29, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge