**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: November 13, 2014 |
| Court Reporter:      Terri Lindblom | |

Civil Action No. 12-cv-00901-MSK-BNB

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| JAMES RALPH DAWSON, JR., | James Ralph Dawson, Jr., *pro se* |
| Plaintiff, | |
| v. | |
| DONALD BRIGHTWELL, | Kristin Ruiz |
| | Jacquelynn Fredericks |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Final Pretrial Conference.

**10:27 a.m.   Court in session.**

Plaintiff is present by telephone.  Defendant is present.

The Court addresses non-conformity with it's Final Pretrial Order form and attachments.

**PENDING MOTIONS.**

Oral findings are made of record and incorporated herein.

The Court addresses Plaintiff's Motion to Allow Plaintiff to Contact Judge's Chambers for Pretrial Conference **(Doc. #103)**.

**ORDER:**   Plaintiff's Motion to Allow Plaintiff to Contact Judge's Chambers for Pretrial Conference **(Doc. #103)** is **DENIED as moot**.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

The Court addresses Defendant's Motion to Clarify re Trier of Fact (**Doc. #108**)

**ORDER**:   Defendant's Motion to Clarify re Trier of Fact (**Doc. #108**) is **GRANTED**.  The Court's previous order is modified to reflect that this matter will be tried to a jury rather than the Court.

The Court addresses Plaintiff's Motion Objecting to Summary Judgment Order (**Doc. #102**).

**ORDER:**   Plaintiff's Motion Objecting to Summary Judgment Order **(Doc. #102)** is **DENIED.**

The Court addresses Plaintiff's Motion to Appoint Counsel (**Doc. #101**)

**ORDER**:   Plaintiff's Motion to Appoint Counsel **(Doc. #101)** is **GRANTED in part and DENIED in part** as set forth in the record.

Review of the proposed final pretrial order.

**ORDER:**   Defense counsel will file a trial brief pertaining to its affirmative defenses in the Final Pretrial Order that would have been included had they filed a dispositive motion on these issues.

**ORDER:**   Pertinent to trial process: This matter will be set for a four day jury trial.  Each party will be allocated nine (9) hours of time to use however they wish (openings, closings, evidence presentation, etc.)  The time will be tracked on a chess clock by the Courtroom deputy. *Voir dire* will be conducted by the Court.

**ORDER**:   Proposed *voir dire* and jury instructions will be filed by **December 15, 2014.**

**ORDER:**   A four day jury trial is scheduled to commence on **March 9, 2015 at 9:00 a.m.** in Courtroom A901, 901 19th Street.  It will be concluded no later than **5:00 p.m. on March 12, 2015.**

**11:22 a.m.**   Court in recess.

**Total Time:   55 minutes.**
**Hearing concluded.**