IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-00901-MSK-NYW

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

DONALD BRIGHTWELL,

    Defendant.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Chief Judge Marcia S. Krieger

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, ECF No. 153, and a Motion for Free Transcript for Appeal, ECF No. 152. The Court has examined the file and has determined that the motions must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24, ECF No. 153, and Motion for Free Transcript for Appeal, ECF No. 152, are denied.

DATED at Denver, Colorado this 15th day of April, 2015.

                                                **BY THE COURT:**

                                                *Marcia S. Krieger*

                                                Marcia S. Krieger
                                                Chief United States District Judge